No. 577. 93.970 ACRES OF LAND, MORE OR LESS, IN COOK COUNTY, ILLINOIS, ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *J. Herzl Segal* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *S. Billingsley Hill* for the United States.

No. 629. LOCAL 107, HIGHWAY TRUCK DRIVERS AND HELPERS UNION, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, *v.* MCCLELLAN ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Edward L. Carey* and *Walter E. Gillcrist* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *John G. Laughlin, Jr.* for respondents.

No. 569. GENERAL FOODS CORP. ET AL. *v.* STATE WHOLESALE GROCERS ET AL. The motion of the Great Atlantic & Pacific Tea Co. for leave to file brief, as *amicus curiae,* is granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. *Edward R. Adams* for the General Foods Corporation et al., and *Lloyd M. McBride* and *John P. Ryan,* .. for the Morton Salt Co., petitioners. *Robert Marks* and *William S. Kaplan* for respondents. *John T. Cahill, Lawrence J. McKay, Jerrold G. Van Cise* and *Thomas R. Mulroy* filed a brief for the Great Atlantic & Pacific Tea Co., as *amicus curiae,* in support of the petition for writ of certiorari.

No. 300, Misc. TRUMBLAY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.